| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| CARMELA T. PAGAY (State Bar No. 195603)<br>LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.<br>10250 Constellation Boulevard, Suite 1700<br>Los Angeles, CA 90067<br>Email: ctp@lnbyb.com<br>(310) 229-1234         (310) 229-1244 | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re: TOD S. RANKIN and PEGGY RANKIN,<br><br>Debtor(s). | CASE NO.:<br><br>2:10-bk-16012-BR |
|---|---|

## NOTICE OF SALE OF ESTATE PROPERTY

| **Sale Date:** TBD | **Time:** TBD |
|---|---|
| **Location:** U.S. Bankruptcy Court, Ctrm 1668, 255 E. Temple Street, Los Angeles, CA 90012 | |

Type of Sale:    X  Public        Private        Last date to file objections: _____

Description of Property to be Sold: <u>Debtors' right to payment under the attached Promissory Note. The Debtors' Schedule B (also attached) lists an 8% interest in the Note, and receipt of $540/mo. from the Note.</u>

Terms and Conditions of Sale: <u>Heide Kurtz, Chapter 7 trustee, is taking all purchase offers until March 31, 2011. Best offer will be submitted to the Bankruptcy Court for approval.</u>

Proposed Sale Price: _____

Overbid Procedure (If Any): _____

If property is to be sold free and clear of liens or other interests, list date, time and location of hearing:

Contact Person for Potential Bidders (include name, address, telephone, fax and/or e:mail address):

<u>CARMELA T. PAGAY, ESQ.</u>
<u>LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.</u>
<u>10250 Constellation Blvd., Suite 1700</u>
<u>Los Angeles, CA 90067</u>
<u>Tel: (310) 229-1234 Fax: (310) 229-1244</u>

Date: <u>February 28, 2011</u>

05-19-2010 13:58   OFFICE DEPOT                                              PAGES

# PROMISSORY NOTE

**$822,500.00**                                         Effective Date: see below
                                                        Yakima, Washington

The undersigned promise to pay to the order of JOBDOT, LLC, a Washington limited liability company, at Yakima, Washington, *Eight Hundred Twenty Two Thousand Five Hundred and No/100 Dollars ($822,500.00)*, payable in lawful money of the United States of America, with interest thereon in like money from the Effective Date hereof at the rate of **6.00%** per annum, to be paid as follows:

$6,000.00, or more at Makers' option, per month, including interest; the first installment to commence on the earlier of (a) one calendar month after the Effective Date or (b) January 1, 2006, and subsequent installments shall be due on or before the same date of each succeeding month until principal and interest are paid in full. From each monthly installment there shall first be deducted accrued interest to the date of receipt of payment, and the remainder applied to principal. All payments shall be made to an account to be established at Evergreen Note Servicing, Yakima, Washington, and Makers and the holder of this note agree to pay equally the fees for establishing and maintaining such account.

The "Effective Date" herein shall be the earlier of (a) December 1, 2005, or (b) the date upon which Makers commence business operations at the real property which is the security for this note. It is understood between the parties that Makers desire to remodel that real property prior to commencing business therein and it is agreed that Makers shall be entitled to possession thereof as of the date of this Note.

If the balances owing on this Note of principal and interest are not paid as provided above, or if there is a default with respect to the terms and conditions of the collateral security for this Note, if any, then the entire balance of principal and accrued interest shall become immediately due and payable at the option of the holder hereof. From and after the date of maturity (acceleration or otherwise) of this Promissory Note, the balance shall bear interest at the maximum rate allowed by law; provided, if no rate is established by law, then the interest rate shall be *three percent (3%)* above the stated rate of this Promissory Note or *twelve percent (12%)* per annum, whichever is greater.

Each and every party to this Note binds himself jointly and severally hereon as a principal and not as a surety, and all parties hereto, including endorsers, sureties and guarantors, hereby severally waive presentment, demand, protest, notice of nonpayment hereof, any release or discharge arising from any extension of time, discharge of a prior party, or any defense other than actual payment in full hereof, and promise to pay, upon any default or defaults, all costs of collection and reasonable attorney's fees incurred or paid by the holder in protecting or enforcing its rights under this Note. The venue of any suit upon this Note shall be laid in Yakima County, Washington.

_____
Gary D Kissling

_____
Nancy G Kissling

B6B (Official Form 6B) (12/07)

In re **Rankin, Tod S. and Rankin, Peggy S.**_____, Case No. **2:10-bk-16012-BR**
  Debtor(s)  (if known)

# SCHEDULE B-PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | None | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | | Cash on hand<br>Location: In debtor's possession | C | $ 700.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Checking - Chase<br>Location: P. O. Box 260180<br>Baton Rouge, LA 70826-0180 | W | $ 337.46 |
| | | Checking - Citizens Business Bank<br>Location: Citizens Business Bank<br>101 W. Huntington Dr.<br>Arcadia, CA 91007 | C | $ 400.00 |
| | | Checking - Wachovia<br>Location: Wachovia<br>P. O. Box 563966<br>Charlotte, NC 28256 | C | $ 16.33 |
| | | Checking/Savings - Chase<br>Location: P. O. Box 260180<br>Baton Rouge, LA 70826-0180 | H | $ 15,560.28 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | Household goods and furnishings<br>Location: In debtor's possession | C | $ 3,000.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | Books, pictures, art and other collectibles<br>Location: In debtor's possession | C | $ 500.00 |
| 6. Wearing apparel. | | Wearing apparel<br>Location: In debtor's possession | C | $ 500.00 |

Page __1__ of __3__

B6B (Official Form 6B) (12/07)

In re *Rankin, Tod S. and Rankin, Peggy S.*,   Case No. *2:10-bk-16012-BR*
Debtor(s)   (if known)

## SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | None | Description and Location of Property | Husband--H<br>Wife--W<br>Joint--J<br>Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 7. Furs and jewelry. | | *Furs and jewelry*<br>*Location: In debtor's possession* | C | $ 1,000.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | | *Firearms, sport and photographic equipment*<br>*Location: In debtor's possession* | C | $ 500.00 |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interest in an education IRA as defined in 26 U.S.C. 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts Receivable. | | *Kissling Note--8% of Kissling Note inherited from father with $719,000 owing. Debtor received $540 per month* | C | $ 57,000.00 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 20. Contingent and non-contingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |

Page __2__ of __3__

B6B (Official Form 6B) (12/07)

In re **Rankin, Tod S. and Rankin, Peggy S.**, Debtor(s)    Case No. **2:10-bk-16012-BR** (if known)

## SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | None | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 24. Customer lists or other compilations containing personally identifiable information (as described in 11 U.S.C. 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers and other vehicles and accessories. | | 1973 Volkswagen Thing<br>Location: In debtor's possession | W | $ 3,000.00 |
| | | 1999 Jaguar XJ8<br>Location: In debtor's possession | H | $ 2,000.00 |
| | | 2008 Scion XB<br>Location: In debtor's possession | W | $ 10,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

Page __3__ of __3__    Total → $ 94,514.07

(Report total also on Summary of Schedules.)
Include amounts from any continuation sheets attached.